It is ordered and adjudged by this Court that the order of the said Public Utilities Commission be, and the same is hereby, affirmed upon the authority of
 
 Scioto Valley Ry. & Power Co.
 
 v.
 
 Public Utilities Commission,
 
 115 Ohio St., 358,
 
 Lykins
 
 v.
 
 Public Utilities Commission,
 
 115 Ohio St., 376, and
 
 Stark
 
 
 *668
 

 Electric Rd. Co.
 
 v.
 
 Public Utilities Commission,
 
 118 Ohio St., 405.
 

 Order affirmed.
 

 Marshall, C. J., Kinkade, Robinson and AlLlen, JJ., concur.
 

 J ones, J., not participating.